# Court of Appeals
# of the State of Georgia

ATLANTA, March 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1069. PERCY COKER v. AMIN VADRIA et al.

After the magistrate court entered a default judgment and writ of possession against Percy Coker, he filed a petition for writ of certiorari in superior court. Ultimately, the magistrate court set aside the writ of possession and default judgment, and the superior court entered an order finding the petition for writ of certiorari to be moot and directing the clerk to close the superior court action. Coker filed both a discretionary application and a notice of appeal. We denied the discretionary application. See Case No. A23D0193 (Jan. 18, 2023). This is the direct appeal. We lack jurisdiction.

Our previous denial of Coker's application for discretionary appeal constitutes an adjudication on the merits, and the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *03/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*